| | FOR COURT USE ONLY |
|---|---|
| ☐ Recording requested by a return to:<br>Susan L. Vaage, SBN 83125; Ann G. Lee, SBN 252412<br>Graham • Vaage LLP<br>500 N. Brand Blvd., #1030<br>Glendale, CA 91203<br>(818) 547-4800 (phone)<br>(818) 547-3100 (fax) | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>JORGE EDUARDO ANDRADE               Debtor | CASE NUMBER  2:12-bk-24969-ER<br>ADVERSARY NUMBER  2:12-ap-02199-ER |
| ADAN ORELLANA and TELMA VILLALOBOS  Plaintiff<br>vs.<br>JORGE EDUARDO ANDRADE<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address

    JORGE EDUARDO ANDRADE
    3904 W. 171st St.
    Torrance, CA 90504

    ☐ Address Unknown

    b. Driver's License No.    xxxx4286 (California)       ☐ Unknown

    c. Social Security No.     xxx-xx-1915                 ☐ Unknown

2. The Summons was personally served at, or mail to (address):

    Jorge Eduardo Andrade, 3904 W. 171st St., Torrance, CA 90504

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: September 12, 2013                        *Ann G. Lee*
                                                 (Signature of Judgment Creditor or Attorney)


(Continued on Reverse Side)


Revised February 2010



Abstract of Judgment - Page Two

| In re (SHORT TITLE) | CHAPTER 7 |
|---|---|
| **JORGE EDUARDO ANDRADE** Debtor(s). | ADVERSARY NO.: 2:12-ap-02199-ER |

4. I certify that in the above-entitled action and Court, Judgment was entered on **September 12, 2013**, in favor of <u>ADAN ORELLANA and TELMA VILLALOBOS</u> and against <u>JORGE EDUARDO ANDRADE</u>

for   $ 491,652.03                               Principal,

      $ _____                  Interest,

      $ _____                  Attorney's Fees, and

      $ 293.00                                   Costs.

A lien in favor of a judgment creditor is:

☑ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

   1. Amount $ _____

   2. In favor of (name) _____

A stay of execution has:

☑ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this [SEAL] 13th _____ day of September 2013.

KATHLEEN J. CAMPBELL  *Kathleen J Campbell*
Clerk of the Bankruptcy Court

By:  *K. Cella*
         Deputy Clerk

Information regarding additional judgment debtors:

_____

_____

_____

_____

*Revised February 2010*

LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100
Susan L. Vaage, SBN 83125
Ann G. Lee, SBN 252412

Attorneys for Plaintiffs Adan Orellana and Telma Villalobos

COPY FOR CLERK'S USE

FILED & ENTERED

SEP 12 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

CHANGES MADE BY COURT

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JORGE EDUARDO ANDRADE,<br><br>    Debtor. | Chapter 7<br><br>CASE NO. 2:12-bk-24969-ER<br><br>ADV. NO. 2:12-ap-02199-ER |
| ADAN ORELLANA and TELMA VILLALOBOS,<br><br>    Plaintiffs,<br><br>vs.<br><br>JORGE EDUARDO ANDRADE,<br><br>    Defendant. | **DEFAULT JUDGMENT** ~~FOR NON-DISCHARGEABILITY OF DEBT~~ |

~~**JUDGMENT FOR NON-DISCHARGEABILITY OF DEBT**~~

Upon consideration of the Motion for Default Judgment filed by Plaintiffs Adan Orellana and Telma Villalobos in the above-captioned adversary proceeding, and good cause appearing,

///

///

1  IT IS HEREBY ORDERED that judgment is granted in favor of Plaintiffs ADAN
2  ORELLANA and TELMA VILLALOBOS ("Plaintiffs") and against Defendant JORGE
3  EDUARDO ANDRADE ("Andrade") in the principal amount of $292,652.03 for the home equity
4  line of credit (JPMorgan Chase Bank, N.A. account number ending in 4274) fraudulently taken out
5  by Defendant Andrade in Adan Orellana's name and secured by Plaintiffs' real property located at
6  4813 Laurelgrove Ave., Valley Village, CA 91607; plus the principal sum of $199,000.00 for loan
7  proceeds appropriated by Defendant Andrade from the unauthorized loans secured by Plaintiffs' real
8  property located at 5902 Colfax Ave., Los Angeles (North Hollywood), CA 91601 which were
9  fraudulently taken out by Andrade in Plaintiffs' names; plus costs incurred herein in the amount of
10 $293.00, for a total owing of **$491,945.03**.

11  IT IS FURTHER ORDERED that the judgment as entered shall be non-dischargeable under
12  11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), and 523(a)(6).

13  ~~THE COURT FURTHER FINDS:~~
14  ~~1) Defendant Andrade is liable to Plaintiffs for fraud under 11 U.S.C. §523(a)(2)(A).~~
15  ~~2) Defendant Andrade is liable to Plaintiffs for fraud while acting in a fiduciary capacity~~
16  ~~under 11 U.S.C. §523(a)(4).~~
17  ~~3) Defendant Andrade is liable to Plaintiffs for larceny under 11 U.S.C. §523(a)(4).~~
18  ~~4) Defendant Andrade is liable to Plaintiffs for willful and malicious injury under 11~~
19  ~~U.S.C. §523(a)(6).~~

20  ###

Date: September 12, 2013

Ernest M. Robles
United States Bankruptcy Judge

Judgment for Non-Dischargeability of Debt    In re: Jorge Eduardo Andrade, Case No. 2:12-bk-24969-ER
Adan Orellana and Telma Villalobos v. Jorge Eduardo Andrade, Adv. No. 2:12-ap-02199-ER

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **JUDGMENT FOR NON-DISCHARGEABILITY OF DEBT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) 09/05/2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com;DanningGill@Gmail.com
- Ann G Lee    alee@grahamvaagelaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

**Defendant**
Jorge Eduardo Andrade
3904 W. 171st St.
Torrance, CA 90504

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

GRAHAM • VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800 FAX: (818) 547-3100